

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | No. |
| | § | |
| NEHAT HIDI | § | |

## INFORMATION

The United States Attorney Charges:

Fraud and False Statements
(Violation of 26 U.S.C. § 7206(1))

On or about April 15, 2005, in the Dallas Division of the Northern of Texas, **Nehat Hidi**, did willfully make and subscribe an individual income tax return, Form 1040, which was verified by written declaration that it was made under the penalties of perjury and it was filed with the Internal Revenue Service, which said individual income tax return, Form 1040, he did not believe to be true and correct as to every material matter in that the said individual income tax return, Form 1040, omitted $235,393.00 in partnership income as he then and there well knew and believed he had received, in violation of Title 26, United States Code, Section 7206(1).

Information - Page 1

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
Chad E. Meacham
Assistant United States Attorney
Texas State Bar No. 00784584
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8716
Facsimile: 214.767.4100
chad.meacham@usdoj.gov

_____
John J. de la Garza III
Assistant United States Attorney
Texas State Bar No. 00796455
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8682
Facsimile: 214.659.8803
john.delagarza@usdoj.gov

**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Information: Yes __X__ No    New Defendant: Yes __X__ No
Pending CR Case in NDTX: Yes __X__ No    If Yes, number:
Search Warrant Case Number _____
R 20 from District of _____
Magistrate Case Number _____ CR _____

**308-MC-280-0**

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:
   ☐ Yes ☒ No

   Defendant Name:  NEHAT HIDI (01)
   Alias Name: _____
   Address: _____
            _____

   County in which offense was committed: _____

   **RECEIVED**
   **SEP 23 2008**
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   CHAD MEACHAM, AUSA                    Bar # TX Bar No. 00784584

3. **Interpreter**

   ☐ Yes  ☐ No  If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date _____

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: __1__    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 26 USC § 7206(1) | Fraud or False Statements | 1 |

   Date  9/23/08                    Signature of AUSA: _____